IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § § | |
| Plaintiff, § § | |
| v. § § | Case No.: 7:13-cv-00531 |
| **MARCO A. RAMIREZ; BEBE RAMIREZ;** § **USA NOW, LLC; USA NOW ENERGY CAPITAL** § **GROUP, LP; and NOW CO. LOAN SERVICES LLC;** § § | |
| Defendants. § § | |

## PLAINTIFF'S NOTICE OF STATUS

Plaintiff Securities and Exchange Commission ("Commission") files this Notice of Status in accordance with the Court's Order Granting *Ex Parte* Motion to File Under Seal and Temporarily Sealing Docket and Proceedings ("Seal Order"), to notify the Clerk and the Court that the Defendants have been served and received notice of this proceeding, and to request that the Clerk of the Court unseal the docket and proceedings.

## STATUS

1. On September 30, 2013, the Court issued the Seal Order, and subsequently issued an Order Granting Emergency *Ex Parte* Application for Temporary Restraining Order, Asset Freeze, Appointment of a Receiver, Preliminary Injunction and other Emergency and Ancillary Relief ("TRO Order") and an Order Appointing Receiver.

2. On or about 3:30 p.m. on September 30, 2013, Defendants were served with the Complaint, the TRO Order, and other pleadings, and therefore have notice of this action.

*SEC v. Marco A. Ramirez, et al.*
Plaintiff's Notice of Status – Page 1

3.  Accordingly, because one or more Defendants in the action have sufficient notice of this action, further sealing is unnecessary and, pursuant to the Seal Order, the Clerk should unseal this matter.

Dated: October 1, 2013    Respectfully Submitted,

s/ Timothy L. Evans
Timothy L. Evans
Texas Bar No. 24065211
S.D. Tex. Bar No. 1742859
(Attorney-in-Charge)

David Reece
Texas Bar No. 242002810
S.D. Tex. Bar No. 896560

United States Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
Telephone: (817) 978-5036 (Evans)
Fax: (817) 978-4927
evanstim@sec.gov

ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel who have registered with the Court. All others were served a copy by U.S. mail as detailed below:

BEBE RAMIREZ
9124 N. 23rd St.
McAllen, Texas 78504-9561

Marco A. Ramirez
9124 N. 23rd St.
McAllen, Texas 78504-9561

*SEC v. Marco A. Ramirez, et al.*
Plaintiff's Notice of Status – Page 2

NOW CO. LOAN SERVICES LLC
c/o Bebe Ramirez, Registered Agent
3700 N. 10th, Suite 210
McAllen, Texas 78501

USA NOW ENERGY CAPITAL GROUP, LP
c/o Bebe Ramirez, Registered Agent
3700 N. 10th, Suite 210
McAllen, Texas 78501

USA NOW, LLC
c/o Bebe Ramirez
3700 N. 10th, Suite 210
McAllen, TX 78501

                                          *s/Timothy L. Evans*
                                          Timothy L. Evans