IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:13-CV-531 |
| MARCO A. RAMIREZ, ET AL., | § § § | |
| Defendants. | § | |

**SECURITIES AND EXCHANGE COMMISSION'S RESPONSE IN OPPOSITION TO OPPOSED MOTION TO INTERVENE AND FOR RELIEF FROM THE ORDER APPOINTING RECEIVER**

Plaintiff Securities and Exchange Commission respectfully submits this response in opposition to the Opposed Motion To Intervene And For Relief From The Order Appointing Receiver ("Motion to Intervene") [Dkt. 24] filed by three individuals who appear to have invested in the fraudulent scheme giving rise to this action.

On December 6, 2013, the Receiver filed Receiver's Motion for Continuance to Respond to Motion to Intervene Filed on November 15, 2013, and Subject Thereto, Initial Response and Objection to Same ("Receiver's Response") [Dkt. 34]. To reduce the burden of paper before the Court, particularly given the premature nature of the Motion to Intervene, the Commission hereby adopts, joins, and incorporates herein by reference the arguments made in the Receiver's Response, which apply with equal force to the Commission.

For the foregoing reasons, the Commission respectfully requests that the Court deny the Opposed Motion To Intervene And For Relief From The Order Appointing Receiver, or in the alternative, grant the Receiver's motion for continuance.

Dated: December 6, 2013                              Respectfully Submitted,

                                                      s/ Timothy L. Evans
Timothy L. Evans
Texas Bar No. 24065211
S.D. Tex. Bar No. 1742859
(Attorney-in-Charge)

David Reece
Texas Bar No. 242002810
S.D. Tex. Bar No. 896560

United States Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
Telephone: (817) 978-5036 (Evans)
Fax: (817) 978-4927
*evanstim@sec.gov*

ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF SERVICE

     I hereby certify that on December 6, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel who have registered with the Court. All others were served a copy by electronic mail, facsimile, or U.S. Mail.

                                                      *s/Timothy L. Evans*
Timothy L. Evans