UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:13-CV-531 |
| | § | |
| MARCO A. RAMIREZ, *et al*, | § § | |
| Defendants. | § | |

## ORDER DENYING MOTION TO STAY

On this day came to be considered the Intervenors' opposed Motion to Stay Effect of Order Granting Receiver's Motion for Approval of Settlement Agreement Pending Appeal. (Dkt. No. 91). This motion was filed nearly one month after the Court held an evidentiary hearing on the Settlement, heard arguments from interested parties, including Movants, and approved the Settlement. The timing of this motion, on the eve of consummating the proposed Settlement, appears intended to thwart the settlement and, likely, prevent it from ever occurring.

The Court, having considered the Motion, is of the opinion that the Motion should be, and hereby is, **DENIED**.

SO ORDERED this 3rd day of July, 2014, at McAllen, Texas.

_____
Randy Crane
United States District Judge