IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>MARCO A. RAMIREZ, ET AL.<br><br>      Defendants. | CIVIL ACTION NO. 7:13-CV-0531 |

### DEFENDANT MARCO A. RAMIREZ'S NOTICE OF EXPEDITED APPEAL

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Appellate Procedure 3, notice is hereby given that Defendant Marco A. Ramirez ("**Ramirez**") hereby appeals for expedited review pursuant to 28 U.S.C § 1826 and 28 U.S.C § 1657 to the United States Court for Appeals for the Fifth Circuit from this Court's September 29, 2014 oral Order (*see* Minute Entry, Sept. 29, 2014) finding Ramirez in contempt of the Court's Order for Return of Property (ECF No. 100) and ordering the incarceration of Ramirez.

Dated: October 1, 2014

                                    Respectfully submitted,

                                    **DAVIS & SANTOS**
                                    **ATTORNEYS & COUNSELORS, P.C**.

                          By:    */s/Jason Davis*
                                  Mr. Jason Davis
                                  *Attorney-in-Charge*

        State Bar No. 00793592
        Southern District ID No. 20114
        E-mail: *jdavis@dslawpc.com*

        Ms. Caroline Newman Small
        State Bar No. 24056037
        Southern District ID No. 1429596
        E-mail: *csmall@dslawpc.com*
        The Weston Centre
        112 E. Pecan Street, Suite 900
        San Antonio, Texas 78205
        T: (210) 853-5882
        F: (210) 200-8395

        ***Attorneys for Mrs. Bebe Ramirez***

**CANALES & SIMON P.C.**

By:   */s/Tony Canales*
       Mr. Tony Canales
       ***Attorney-in-Charge***
       2601 Morgan Ave.
       Corpus Christi, Texas 78465
       T:  (361) 883-0601
       F:  (361) 884-7023
       Email: *TonyCanales@canalessimonson.com*

       ***Attorney for Mr. Marco A. Ramirez***

## **CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of this document was delivered to all counsel of record by CM/ECF Filing, pursuant to Rule 9(A) of the Administrative Procedures for ECF, and further certify that a copy was sent to the following counsel by the following means on October 1, 2014, pursuant to Rule 9(B) of the Administrative Procedures for ECF and LR 5.3:

| | | |
|---|---|---|
| Mr. Timothy L. Evans | _____ | Overnight Mail |
| Mr. David B. Reece | _____ | Certified Mail-RRR |
| UNITED STATES SECURITIES EXCHANGE COMMISSION | _____ | Facsimile |
| 801 Cherry Street, Suite 1900 | _____ | E-mail |
| Fort Worth, Texas 76102 | \_\_X\_\_ | CM/ECF Filing |
| *Attorneys for Plaintiff Securities and Exchange Commission* | | |
| | | |
| Mr. Tony Canales | _____ | Overnight Mail |
| CANALES & SIMON PC | \_\_X\_\_ | Certified Mail-RRR |
| 2601 Morgan Ave. | _____ | Facsimile |
| Corpus Christi, Texas 78465 | \_\_X\_\_ | E-mail |
| E-mail: TonyCanales@canalessimonson.com | _____ | CM/ECF Filing |
| *Attorney for Defendant Marco Ramirez* | | |
| | | |
| Mr. Brent Bishop | _____ | Overnight Mail |
| COX & SMITH | _____ | Certified Mail-RRR |
| 1400 N. McColl Road, Suite 204 | _____ | Facsimile |
| McAllen, Texas 78501 | _____ | E-mail |
| *Attorney for Receiver Eduardo S. Espinosa* | \_\_X\_\_ | CM/ECF Filing |
| | | |
| | _____ | Overnight Mail |
| Mr. Michael Douglas Napoli | _____ | Certified Mail-RRR |
| COX & SMITH | _____ | Facsimile |
| 1201 Elm Street, Suite 3300 | _____ | E-mail |
| Dallas, Texas 75270 | \_\_X\_\_ | CM/ECF Filing |
| *Attorney for Receiver Eduardo S. Espinosa* | | |
| | | |
| | _____ | Overnight Mail |
| UNITED STATES ATTORNEY'S OFFICE | _____ | Certified Mail-RRR |
| 1701 W. Bus. Hwy. 83, Suite 600 | _____ | Facsimile |
| McAllen, Texas 78501 | _____ | E-mail |
| *Attorney for United States of America* | \_\_X\_\_ | CM/ECF Filing |

| | | |
|---|---|---|
| Mr. Edward C. Snyder, III | \_\_\_\_\_ | Overnight Mail |
| Mr. Jesse R. Castillo | \_\_\_\_\_ | Certified Mail-RRR |
| CASTILLO SNYDER PC | \_\_\_\_\_ | Facsimile |
| 300 Convent Street, Suite 1020 | \_\_\_\_\_ | E-mail |
| San Antonio, Texas 78205 | __X__ | CM/ECF Filing |
| *Attorney for Interested Parties Godson Echegile, Frank Egbon, and Ejikeme Ubanagum Mgbemena, Jorge Contreras Caballero, Olukayode Sodimu,* | | |

| | | |
|---|---|---|
| Mr. Ali Nicholas Oweyssi | \_\_\_\_\_ | Overnight Mail |
| THE OWEYSSI LAW FIRM PLLC | \_\_\_\_\_ | Certified Mail-RRR |
| 1331 Lamar Street, Suite 1250 | \_\_\_\_\_ | Facsimile |
| Houston, Texas 77010 | \_\_\_\_\_ | E-mail |
| *Attorney for Interested Parties Anastacio Contreras Romero, Andrea Contreras Trujano, Eva Contreras Trujano, and Jorge Contreras Trujano* | __X__ | CM/ECF Filing |

| | | |
|---|---|---|
| Mr. Victor Rodriguez, Jr. | \_\_\_\_\_ | Overnight Mail |
| COLVIN, CHANEY, SAENZ & RODRIGUEZ, LLP | \_\_\_\_\_ | Certified Mail-RRR |
| 1201 E. Van Buren | \_\_\_\_\_ | Facsimile |
| Brownsville, Texas 78522 | \_\_\_\_\_ | E-mail |
| *Attorney for Interested Party El Pistolon II, Ltd.* | __X__ | CM/ECF Filing |

| | | |
|---|---|---|
| Mr. Jeffery B. Kaiser | \_\_\_\_\_ | Overnight Mail |
| KAISER PC | \_\_\_\_\_ | Certified Mail-RRR |
| 2211 Norfolk, Suite 528 | \_\_\_\_\_ | Facsimile |
| Houston, Texas 77098 | \_\_\_\_\_ | E-mail |
| *Attorney for Interested Party G.T. Leach Construction Services, L.L.C.* | __X__ | CM/ECF Filing |

| | | |
|---|---|---|
| Mr. Juan Francisco Tinoco | \_\_\_\_\_ | Overnight Mail |
| LAW OFFICE OF J.F. TINOCO | \_\_\_\_\_ | Certified Mail-RRR |
| 200 S. 10th Street, Suite 802 | \_\_\_\_\_ | Facsimile |
| McAllen, Texas 78501 | \_\_\_\_\_ | E-mail |
| *Attorney for Interested Party Gabriela Noguera* | __X__ | CM/ECF Filing |

| | | |
|---|---|---|
| Ms. Cynthia Contreras Gutierrez | \_\_\_\_\_ | Overnight Mail |
| CONTRERAS GUTIERREZ AND ASSOCIATES | \_\_\_\_\_ | Certified Mail-RRR |
| 10113 N. 10th Street, Suite L | \_\_\_\_\_ | Facsimile |
| McAllen, Texas 78504 | \_\_\_\_\_ | E-mail |
| *Attorney for Intervenors Alejandro Remo Allegritti Sanchez, Flor Maria Jimenez Rivera, Francisco De La Fuente Longoria, and Dolores Ofelia Narvaez* | __X__ | CM/ECF Filing |

|  |  |
|---|---|
| Mr. Mark Alan Weitz<br>100 Congress Ave<br>Ste 2000<br>Austin, TX 78701<br>***Attorney for interested Party Dolores Ofelia Narvaez*** | _____ Overnight Mail<br>_____ Certified Mail-RRR<br>_____ Facsimile<br>_____ E-mail<br>\_\_X\_\_ CM/ECF Filing |
| Mr. Ben R. Neece<br>Mr. Cesar de Leon<br>1000 E. Van Buren<br>Brownsville, Texas 78520<br>***Attorneys for Interested Party Juana Maria Martinez Guerrero*** | _____ Overnight Mail<br>_____ Certified Mail-RRR<br>_____ Facsimile<br>_____ E-mail<br>\_\_X\_\_ CM/ECF Filing |
| Mr. Preston Edward Henrichson<br>222 W Cano<br>Edinburg, TX 78539<br>***Attorney for Interested Party Herman Neidhart*** | _____ Overnight Mail<br>_____ Certified Mail-RRR<br>_____ Facsimile<br>_____ E-mail<br>\_\_X\_\_ CM/ECF Filing |

*/s/Jason Davis*
Jason Davis